# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | ED CR 08-00172 VAP |
| Date | April 30, 2009 |
| Present: The Honorable | VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE |
| Interpreter | |

| Marva Dillard | Phyllis Preston | Jerry Behnke, Joseph Widman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| VINOD CHANDRASHEKM PATWARDHAN | x | x | | BENJAMIN N. GLUCK<br>JEAN Y. RHEE | x<br>x | | x<br>x |

| | Day COURT TRIAL | 3rd | Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | x | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

| | The Jury is impaneled and sworn. |
|---|---|
| | Opening statements made |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified   X   Exhibits admitted |
| | Government rests.   Defendant(s) _____ rest. |
| | Motion for mistrial by _____ is _____ granted _____ denied _____ submitted |
| | Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted |
| | Closing arguments made   Court instructs jury   Bailiff sworn |
| | Alternates excused   Jury retires to deliberate   Jury resumes deliberations |
| | Finding by Court as follows:   Jury Verdict as follows: |
| Dft # | _____ Guilty on count(s)   _____ Not Guilty on count(s) |
| | Jury polled   Polling waived |
| | Filed Witness & Exhibit lists   Filed Jury notes   Filed Jury Instructions   Filed Jury Verdict |
| | Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing. |
| | Dft # _____ remanded to custody.   Remand/Release# _____ issd.   Dft # _____ released from custody. |
| | Bond exonerated as to Dft # |
| X | Case continued to   May 1, 2009, 8:30 a.m.   for further trial/further jury deliberation. |
| | Other: |

6 : 30

Initials of Deputy Clerk   md

CR-78 (06/06)        **CRIMINAL MINUTES - TRIAL**        Page 1 of 1