```
GEORGE S. CARDONA
Acting United States Attorney
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
JOSEPH B. WIDMAN (SBN: 256189)
JERRY A. BEHNKE (SBN: 180462)
     3880 Lemon Street, Suite 210
     Riverside, California 92501          Priority Send
     Telephone:  (951) 276-6945           cc: AUSA, PSA, USPO
     Facsimile: (951) 276-6944
     E-Mail: Joseph.Widman@usdoj.gov
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT (SBN: 157311)
Assistant United States Attorney
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-2931
     Facsimile:  (213) 894-7177
     E-mail: Monica.Tait@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-00172(B) VAP |
|---|---|---|
| Plaintiff, | ) | PERSONAL CRIMINAL FORFEITURE MONEY JUDGMENT |
| v. | ) | |
| VINOD CHANDRASHEKM PATWARDHAN, | ) | |
| Defendant. | ) | HEARING DATE: September 21, 2009 TIME: 9:00 a.m |

On May 8, 2009, defendant VINOD CHANDRASHEKM PATWARDHAN was found guilty on all counts of the Second Superseding Indictment ("Indictment") in this action. Count One charged defendant with conspiracy in violation of 18 U.S.C. § 371, one of the objects of which was to fraudulently and knowingly import and bring merchandise (i.e., foreign unapproved

drugs) into the United States contrary to law, in violation of 18 U.S.C. § 545.

As charged in Count Seven of the Indictment, pursuant to Title 18, United States Code, Section 982(a)(2)(B), and based on the court's finding that the proceeds defendant obtained directly or indirectly as the result of the above conspiracy object were at least $1,313,634.10, a money judgment in the amount of $1,313,634.10 is hereby ORDERED in favor of the United States against VINOD CHANDRASHEKM PATWARDHAN.

IT IS FURTHER ORDERED that this court shall retain jurisdiction for the purpose of enforcing this Personal Money Judgment.

IT IS SO ORDERED.

DATED: September 22, 2009

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE


PRESENTED BY:

GEORGE S. CARDONA
Acting United States Attorney

_____
MONICA E. TAIT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA