# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended _____)

| Case No. | ED CR 08-00172-(B) VAP | Date | September 21, 2009 |
|---|---|---|---|

Present: The Honorable   VIRGINIA A. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Jim Holmes, Relief | Phyllis Preston | Joseph B. Widman<br>Monica Tate |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Defendant | Counsel for Defendant | Retd.  DFPD  Panel | Interpreter |
|---|---|---|---|
| VINOD CHANDRASHEKM<br>PATWARDHAN | Benjamin N. Gluck<br>Jean Rhee | ✖ | None |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT**   ☐ **Contested**     ☐ **Non-Evidentiary**
     **Day ____ (if continued from a prior hearing date)**

✖ ___ Refer to Judgment and Probation/Commitment Order; signed copy separately submitted.     ___ See below for sentence.

___ Imprisonment for ___years/months___ on each of counts

___ Count(s) _____ concurrent/consecutive to count(s) _____

___ Fine of _$_____ is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

___ Confined in jail-type institution for _____ to be served on consecutive days/weekends

___ commencing _____

___ years/months Supervised Release/Probation imposed on count(s) _____

___ consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.

___ Serve _____ in a CCC/CTC.

___ Pay _$_____ fine amounts & times determined by P/O.

___ Make _$_____ restitution in amounts & times determined by P/O.

___ Participate in a program for treatment of narcotic/alcohol addiction.

___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of BICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

___ Other conditions:

___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

___ Pay _$_____ per count, special assessment to the United States for a total of     _$_____

___ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____

Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

✖ Defendant informed of right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.     ✖ Processed statement of reasons.

___ Bond exonerated     ___ upon surrender     ___ upon service of _____

___ Execution of sentence is stayed until 12 noon, _____

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release _____ # _____

___ Present bond to continue as bond on appeal.     ___ Appeal bond set at     _$_____

✖ Filed and distributed judgment.

___ Other

| | : | 1/37 |
|---|---|---|

Initials of Deputy Clerk   jh-relief

cc: