UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) ) | Case No. EDCV 12-00992 VAP |
|---|---|---|
| Plaintiff, | ) ) ) | **EDCR 08-00172 VAP** |
| v. | ) | **JUDGMENT** |
| Vinod Chandrashekm Patwardhan, | ) ) ) ) | |
| Defendant. | ) ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Petitioner's Motion for Relief Under 28 U.S.C. § 2255 is DENIED.  The Court orders that such judgment be entered.

Dated: June 3, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge